■ In the Matter of GARY C. DECKER, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of New York State Department of Correctional Services, et al., Respondents. — Motion for permission to proceed as a poor person, treated as an application, pursuant to CPLR 5704 (subd [a]), to review an order of Supreme Court at Special Term, which denied an ex parte

petition in a proceeding pursuant to CPLR article 78 on the merits and dismissed the proceeding. Application denied (see *Matter of King v Gregorie,* 90 AD2d 922, mot for lv to app dsmd 58 NY2d 822). Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.